UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESHAWN REED, ET AL,

      Plaintiffs,

                        Civil No. 10-CV-10968
                        HON. MARK A. GOLDSMITH

v

CITY OF ECORSE, ET AL,

      Defendants.

_____/


**ORDER DISMISSING PENDING MOTIONS WITHOUT PREJUDICE**

      Having been informed by the settlement facilitator, James Rashid, that the parties have

settled this case, that a settlement term sheet has been executed and that a proposed order of

dismissal will be submitted within 14 days, the Court dismisses all pending motions (dkt. nos.

87, 90, 95 and 122) without prejudice.

      SO ORDERED.


Dated:  September 14, 2012          s/Mark A. Goldsmith_____
       Flint, Michigan               MARK A. GOLDSMITH
                        United States District Judge

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record
and any unrepresented parties via the Court's ECF System to their respective email or First Class
U.S. mail addresses disclosed on the Notice of Electronic Filing on September 14, 2012.

                        s/Deborah J. Goltz_____
                        DEBORAH J. GOLTZ
                        Case Manager