UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESHAWN REED and
MARVIN REED, individually;

Plaintiffs,

No. 4:10-cv-10968
Hon. Mark A. Goldsmith

-v-

CITY OF ECORSE, a Municipal corporation;
ALVIN DEMMINGS, in his individual capacity;
JOHN ANDERSON, in his individual capacity;
Darren Findling, Personal Representative of the
ESTATE OF EDGAR WATKINS, Deceased,
in his individual capacity; VICTOR DeLEON,
in his individual capacity; all jointly and severally;

Defendants.

**JULES B. OLSMAN (P28958)**
**WOLFGANG MUELLER (P43728)**
**DONNA M. MacKENZIE (P62979)**
Olsman, Mueller, Wallace
& MacKenzie, P.C.
Attorneys for Plaintiffs
2684 West Eleven Mile Road
Berkley, MI 48072
(248) 591-2300
Fax: (248) 591-2304
wmueller@olsmanlaw.com
jbolsman@olsmanlaw.com
dmackenzie@olsmanlaw.com

**CHRISTOPHER J. JOHNSON (P32937)**
**MARGARET T. DEBLER (P43905)**
**HOLLY S. BATTERSBY (P72023)**
Johnson Rosati LaBarge Aseltyne
& Field, PC
Attorneys for Defendants, City of Ecorse, John Anderson and The Estate of Edgar Watkins
34405 W. 12 Mile Road, Ste. 200
Farmington Hills, MI 48331
(248) 489-4100
Fax: (248) 489-1726
cjohnson@jrlaf.com
mdebler@jrlaf.com
hbattersby@jrlaf.com

**THOMAS A. MATTHEWS (P28414)**
Attorney for Defendants, Alvin Demmings and Victor DeLeon
2000 Grand River Anx, Ste. 200
Brighton, MI 48114
(810) 227-7878
Fax: (810) 227-8181
tommatthews@livingstonlawoffices.com

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED and agreed by and between the parties hereto through their respective counsel, that the above-entitled matter be dismissed without prejudice and without costs to any party.

The Court shall retain jurisdiction over matters relating to the settlement of the case, including payment of settlement proceeds, at which time the parties will stipulate to a dismissal with prejudice and without costs to any party.

*s/Wolfgang Mueller*
WOLFGANG MUELLER (P43728)
Attorney for Plaintiff

*s/Christopher J. Johnson (w/consent)*
CHRISTOPHER J. JOHNSON (P32937)
Attorney for Defendants, City of Ecorse, Anderson & Estate of Watkins

*s/Thomas A. Matthews (w/consent)*
THOMAS A. MATTHEWS (P28414)
Attorney for Demmings & DeLeon

**ORDER FOR DISMISSAL**

Upon stipulation of the parties and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause of action be and hereby is dismissed without prejudice and without costs to any party.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over matters relating to the settlement of the case, including payment of settlement proceeds, at which time the parties will stipulate to a dismissal with prejudice and without costs to any party.

**IT IS SO ORDERED.**

Dated: September 25, 2012
Flint, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 25, 2012.

s/Deborah J. Goltz
DEBORAH J. GOLTZ
Case Manager