UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DeShawn Reed, et al.,

                          Plaintiff(s),

v.                                          Case No. 4:10–cv–10968–MAG
                                           Hon. Mark A. Goldsmith

Ecorse, City of, et al.,

                          Defendant(s),
_____

## NOTICE OF TELEPHONIC CONFERENCE

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Mark A. Goldsmith as follows:

- MISCELLANEOUS HEARING: October 17, 2012 at 04:00 PM

    The conference shall be initiated by Wolfgang Muller.

    If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                           By: s/D Goltz
                                                  Case Manager

Dated: October 11, 2012