UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DESHAWN REED and
MARVIN REED, individually,

    Plaintiffs,

-vs-

CITY OF ECORSE, a Municipal corporation;
ALVIN DEMINGS, in his individual capacity;
JOHN ANDERSON, in his individual capacity;
Darren Findling, Personal Representative of the
ESTATE OF EDGAR WATKINS, Deceased, in his
individual capacity; VICTOR DeLEON, in his
individual capacity; all jointly and severally,

    Defendants.
_____/

Case No.: 4:10-cv-10968
Hon: Mark A. Goldsmith
Magistrate: Mona K. Majzoub

JULES B. OLSMAN (P28958)
WOLFGANG MUELLER (P43728)
DONNA M. MacKENZIE (P62979)
Attorneys for Plaintiffs
2684 West Eleven Mile Road
Berkley, MI 48072
(248) 591-2300/Fax: (248) 591-2304
jolsman@olsmanlaw.com
wmueller@olsmanlaw.com
dmackenzie@olsmanlaw.com

THOMAS A. MATTHEWS (P28414)
Attorney for Defendants Alvin Demmings,
and Victor DeLeon
2000 Grand River Annex, Suite 200
Brighton, MI 48114
(810) 227-7878/Fax: (810) 227-8181
tommatthews@livingstonlawoffices.com

CHRISTOPHER J. JOHNSON (P32937)
MARGARET T. DEBLER (P43905)
HOLLY S. BATTERSBY (P72023)
Johnson, Rosati, Schultz & Joppich, P.C.
Attorneys for Defendants, City of Ecorse,
 John Anderson and the Estate of Edgar Watkins
34405 West Twelve Mile Road, Suite 200
Farmington Hills, MI 48331
(248) 489-4100/Fax: (248) 489-1726
cjohnson@jrsjlaw.com
mdebler@jrsjlaw.com
hbattersby@jrsjlaw.com
_____ /

**STIPULATED ORDER OF DISMISSAL**

The parties in the above-entitled cause, by their respective counsel, hereby stipulate and agree that an Order be entered forthwith dismissing Defendants, with prejudice, and without costs, interest or attorney fees to any party. This is a final order of the Court which resolves the last pending claim and closes the file.

IT IS SO ORDERED.

Dated: October 29, 2012  s/Mark A. Goldsmith
      Flint, Michigan  MARK A. GOLDSMITH
        United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 29, 2012.

      s/Deborah J. Goltz
      DEBORAH J. GOLTZ
      Case Manager

Stipulated to and agreed upon by:

| | |
|---|---|
| s/ Wolfgang Mueller (P43728) (w/consent) | s/ Thomas A. Matthews (P28414) (w/consent) |
| Jules B. Olsman (P28958) | Attorney for Defendants Alvin Demmings, |
| Donna M. Mackenzie (P62979) | and Victor DeLeon |
| Attorneys for Plaintiffs | 2000 Grand River Annex, Suite 200 |
| 2684 West Eleven Mile Road | Brighton, MI 48114 |
| Berkley, MI 48072 | (810) 227-7878/Fax: (810) 227-8181 |
| (248) 591-2300/Fax: (248) 591-2304 | tommatthews@livingstonlawoffices.com |
| wmueller@olsmanlaw.com | |

s/ Christopher J. Johnson
Margaret T. Debler (P43905)
Holly S. Battersby (P72023)
Attorneys for Defendants, City of Ecorse,
John Anderson and the Estate of Edgar Watkins
34405 West Twelve Mile Road, Suite 200
Farmington Hills, MI 48331
(248) 489-4100/Fax: (248) 489-1726
(P32937)
cjohnson@jrsjlaw.com